**Order entered April 20, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00928-CV
No. 05-20-00929-CV
No. 05-20-00930-CV

**CONTINENTAL  HERITAGE INSURANCE COMPANY,
AGENT PAT KINNARD D/B/A PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F17-59990, F17-59991, and F17-59992**

**ORDER**

Before Chief Justice Burns, Justice Goldstein, and Justice Smith

Appellant filed supplemental motions to correct ordered costs in these cases. Appellee filed responses to the motions that included pleas to the jurisdiction. The clerk's records include the trial court's findings of fact that it lacks jurisdiction to rule on the motions. The trial court, however, did not sign orders pursuant to its findings.

Accordingly, on the Court's own motion, we **ABATE** these appeals to allow the trial court to perform its ministerial duty of signing orders in accordance with its rulings. We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within twenty-five days** of the date of this order, supplemental clerk's records in each appeal containing the trial court's signed order.

We **SUSPEND** the current deadline for appellee's brief on the merits in these appeals. The Court will set a new deadline for appellee's briefs once the supplemental clerk's records are filed and reviewed.

We will reinstate these appeals within twenty-five days of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to The Honorable Nancy Kennedy, Presiding Judge of Criminal District Court No. 2; Ms. Pitre; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE